DEFENDANT:         LUIS RENE ZAVALA-ACOSTA

YOB:               1998

ADDRESS (CITY/STATE):  Colorado Springs, CO

OFFENSE(S):
 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)   Distribution and possession with intent to distribute narcotics
 21 U.S.C. § 846                         Conspiracy to distribute narcotics

LOCATION OF OFFENSE (COUNTY/STATE): El Paso County, CO

PENALTY:    NLT 10 years' imprisonment; NMT life imprisonment; NMT $10,000,000 fine; NLT 5 years' SR; NMT life SR; $100 SA

AGENT:             SA Jason Del Toro, DEA

AUTHORIZED BY:  Andrea Surratt
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  x   five days or less       _____ over five days       _____ other

THE GOVERNMENT

  x   will seek detention in this case       _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:      _____ Yes      x      No

2