AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>LUIS RENE ZAVALA-ACOSTA,<br><br>_____<br>*Defendant* | )<br>)<br>)   Case No.   19-mj-00108-NRN<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     LUIS RENE ZAVALA-ACOSTA                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)   Distribution and possession with intent to distribute narcotics
21 U.S.C. § 846                              Conspiracy to distribute narcotics

Date:      04/26/2019
_____                          _____
                                                                           *Issuing officer's signature*

City and state:        Denver, Colorado
                              _____                   Magistrate Judge N. Reid Neureiter
                                                                           _____
                                                                           *Printed name and title*

---

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                                    _____<br>                                                                                    *Arresting officer's signature*<br><br>                                                                                    _____<br>                                                                                    *Printed name and title* |