**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  19-cr-00227-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CRAIG MICHAEL PEARSON,
2. LUIS FABIAN ORTIZ,
3. JESUS ADRIAN PADILLA-ECHEVERRIA, and
4. LUIS RENE ZAVALA-ACOSTA,

    Defendants.

**INDICTMENT**

The Grand Jury charges:

### COUNT 1

From a time unknown up to and including on or about April 25, 2019, in the State and District of Colorado and elsewhere, the defendants, CRAIG MICHAEL PEARSON, LUIS FABIAN ORTIZ, JESUS ADRIAN PADILLA-ECHEVERRIA, LUIS RENE ZAVALA-ACOSTA, and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and possess with the intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

1

From a time unknown up to and including on or about April 25, 2019, in the State and District of Colorado and elsewhere, the defendants, JESUS ADRIAN PADILLA-ECHEVERRIA, LUIS RENE ZAVALA-ACOSTA, and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and possess with the intent to distribute one kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i).

All in violation of Title 21, United States Code, Section 846.

## COUNT 3

On or about April 25, 2019, in the State and District of Colorado, the defendants, CRAIG MICHAEL PEARSON and LUIS FABIAN ORTIZ, did knowingly and intentionally distribute, and possess with the intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

## COUNT 4

On or about April 25, 2019, in the State and District of Colorado, the defendants, JESUS ADRIAN PADILLA-ECHEVERRIA and LUIS RENE ZAVALA-ACOSTA, did knowingly and intentionally distribute, and possess with the intent to distribute, (i) 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine; and (ii) one kilogram and more of a mixture and substance containing a detectable amount of heroin.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i) and (viii).

### Forfeiture Allegation

As a result of the foregoing offenses, Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846, the defendants, CRAIG MICHAEL PEARSON, LUIS FABIAN ORTIZ, JESUS ADRIAN PADILLA-ECHEVERRIA, and LUIS RENE ZAVALA-ACOSTA, shall forfeit to the United States any and all property, real or personal, constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this Indictment.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

- A. cannot be located upon the exercise of due diligence;
- B. has been transferred to sold to or deposited with a third person;
- C. has been placed beyond the jurisdiction of this Court;
- D. has been substantially diminished in value; or
- E. has been co-mingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 853 and Title 28, United

States Code, Section 2461(c).

                                                A TRUE BILL:


                                         <u>Ink Signature on File in Clerk's Office</u>
                                         FOREPERSON


JASON R. DUNN
United States Attorney

By:   <u>/s  *David Tonini* & *Andrea Surratt*</u>
David Tonini & Andrea Surratt
Assistant U.S. Attorneys
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail: david.tonini@usdoj.gov
        andrea.surratt@usdoj.gov
Attorney for Government

4