IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-227-CMA-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. LUIS RENE ZAVALA-ACOSTA,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXCLUDE TIME FOR THE ENDS OF JUSTICE**

---

This matter is before the Court on Defendant Luis Rene Zavala-Acosta's Unopposed Motion to Exclude Time For the Ends of Justice (Doc. # 52). The Court has reviewed the Motion and the case file, and the reasons set forth in the Motion, specifically:

- Because defense counsel was recently appointed, defense counsel needs additional time to review and analyze recently obtained discovery materials, conduct an investigation into the facts of the case, and effectively prepare for trial, (Doc. # 52 at 5);

- defense counsel's investigation will entail considerable travel or coordination with individuals in Mexico because Mr. Zavala-Acosta is a Mexican citizen, his family resides in Mexico, and records or information from Mexico may need to be acquired, (*id*.);

- The operation of the Federal Detention Center provides limited opportunity for defense counsel to meet with Mr. Zavala-Acosta, (*id.*); and
- The mandatory minimum sentence for several counts in the indictment present complex issues. (*Id.*)

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and Mr. Zavala-Acosta in a speedy trial. It is, therefore,

ORDERED that Defendant's Unopposed Motion to Exclude Time For The Ends of Justice (Doc. # 52) is GRANTED and the Court hereby grants an ends of justice continuance in this case of <u>120 days, which shall be excluded from the speedy trial clock, which currently stands at **July 17, 2019**</u>. It is

FURTHER ORDERED that pretrial motions are due by **September 25, 2019**. Responses are due by **October 9, 2019**. If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed. No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing. It is

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **June 26, 2019**, is VACATED and RESET to **October 23, 2019, at 3:00 PM**. It is

FURTHER ORDERED **that the five-day** jury trial set to begin on **July 8, 2019,** is VACATED and RESET to **November 4, 2019 at 8:30 AM**.

DATED: May 24, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge