**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00227-CMA-2

UNITED STATES OF AMERICA,
Plaintiff,
v.

4. LUIS RENE ZAVALA-ACOSTA,
Defendant.

---

## UNOPPOSED MOTION TO EXTNED MOTIONS' DEADLINE

---

Defendant, Luis Rena Zavala-Acosta, by and through counsel, requests the

Court grant a 10 day extension to the current motions' deadline.  In support of this

request, Mr. Zavala-Acosta states the following:

1.  Motions are currently due September 25, 2019.  Responses are due October 9,

    2019.

2.  The government and the defense have discussed a plea negotiation to this case.

    The government has made counsel for the defense aware that a plea offer is ready

    but awaiting supervisor approval.

3.  Defense counsel has scheduled an October 1, 2019 meeting with Mr. Zavala-Acosta

    and an interpreter.

4.  Counsel for the defense anticipates that this matter will resolve in a plea.

5.  Counsel for the defense has advised the government that if the plea offer is rejected,

    the defense has two motions: a James motion and a Bruton/Severance motion.

6.  The extension requested by the defense allows for sufficient time to review the plea

     offer and then file a Notice of Disposition, provided the plea offer is accepted.

7.  In the alternative, if the defendant rejects the plea offer, the two motions can be filed

     and the government can file its responses.

8.  No party is prejudiced by this request and the government, having been consulted,

     does not oppose this request.

Respectfully Submitted,


/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy, Suite
100
Golden, CO 80401
720-613-8783 Phone
303-907-9516 Cellular Phone
millermleonard@gmail.com


CERTIFICATE OF SERVICE

I hereby certify that this Motion was delivered, via the ECF system for the District of
Colorado to all parties, on September 22, 2019.

/s/ Miller Leonard