IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00227-CMA

UNITED STATES OF AMERICA,
Plaintiff,
v.

4. LUIS RENE ZAVALA-ACOSTA,
Defendant.

MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL

Defendant, Luis Rena Zavala-Acosta, by and through counsel, requests the Court grant Mr. Zavala-Acosta a new lawyer.  In support of the motion, counsel states the following.

1. Irreconcilable differences have arisen between counsel and the defendant sufficient that it is ethically necessary that the undersigned move to withdraw as counsel. Counsel cannot provide additional information to the Court without violating the rules of professional conduct. See D.C.COLO.LAttyR 5 (b).

2. Mr. Zavala-Acosta directed counsel to file this motion.

3. With exceptions not relevant here, D.C.COLO.LAttyR 2 applies the Colorado Rules of Professional Conduct as the standards of professional responsibility for attorneys appearing before this Court. Colorado Rule of Professional Conduct 1.16(a)(3) states, in relevant part, that "a lawyer shall not represent a client, or, where

representation has commenced, shall withdraw from the representation of a client if . . . the lawyer is discharged."

4. The decision whether counsel should be permitted to withdraw rests within the court's sound discretion. In making this decision, the court balances the need for the orderly administration of justice with the fact that an irreconcilable conflict exists between counsel and the accused. In doing so, the court considers the history of the case, the timing of the motion, the inconvenience to witnesses, the period of time elapsed between the date of the alleged offense and trial, and the possibility that any subsequent counsel will be confronted with the same irreconcilable conflict. *United States v. Allen*, No. 06-40056-01-SAC, 2008 U.S. Dist. LEXIS 50968, at *11 (D. Kan. July 1, 2008).  Recognizing that such discretion rests with the court, counsel believes that it is impossible to continue to represent Mr. Zavala-Acosta.

5. Counsel also advised the Assistant United States Attorney assigned to this case that this motion was going to be filed.

_____

### NOTICE TO MR. ZAVALA-ACOSTA UNDER D.C.COLO.L.AttyR 5(b)

1. The undersigned is seeking the Court's permission to withdraw as your counsel of record.

2. If the Court grants this request, until and unless other counsel is appointed to represent you, you personally will be responsible for complying with all Court orders and time limitations, established by any applicable rules.

_____

          Respectfully Submitted,

          <u>/s/Miller Leonard</u>
          Attorney for Defendant
          CO Reg. # 41029
          14143 Denver West Pkwy, Suite 100
          Golden, CO 80401
          720-613-8783 Phone
          303-907-9516 Cellular Phone
          millermleonard@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this Motion was delivered, via the ECF system for the District of Colorado to all parties, on October 1, 2019.  I further certify that a copy of this Motion was sent to Mr. Luis Rene Zavala-Acosta, Federal Detention Center Englewood, 9595 W Quincy Ave, Littleton, CO 80123.

<u>/s/ Miller Leonard</u>