**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

4. LUIS RENE ZAVALA-ACOSTA,

          Defendant.

---

## NOTICE OF DISPOSITION

---

    COMES NOW, Defendant, by and through counsel, and hereby notifies the Court that a disposition has been reached.

DATED at Denver, Colorado, October 7, 2019.

          /s/Miller Leonard
          Attorney for Defendant
          CO Reg. # 41029
          14143 Denver West Pkwy. Ste 100
          Golden CO 80401
          Telephone: 720-613-8783
          millermleonard@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was delivered, via the ECF system for the District of Colorado to all parties, October 7, 2019.

/s/ Miller Leonard