**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00227-CMA

UNITED STATES OF AMERICA,
           Plaintiff,

v.

1. CRAIG MICHAEL PEARSON,
2. LUIS FABIAN ORTIZ,
3. JESUS ADRIAN PADILLA-ECHEVERRIA, and
4. **LUIS RENE ZAVALA-ACOSTA,**

           Defendants.

---

**UNOPPOSED MOTION TO CONTINUE SENTENCING DATE**

---

    Mr. Luis Rene Zavala-Acosta, defendant, requests the Court continue his sentencing hearing date, currently set for January 10, 2020 and further that the court reset all corresponding motions deadlines associated with sentencing. Mr. Zavala-Acosta makes this request for the following reasons:

1. Additional time is needed for counsel to review the preliminary presentence report. Since Mr. Zavala-Acosta is a native Spanish speaker, going over the preliminary presentence report takes added time. First, it is necessary to coordinate schedules with the interpreter. Second, reading the preliminary presentence report to a client takes additional time. Another issue

1

which often arises is that all the rooms at FDC1 are occupied. This frequently occurs and can drastically change the amount of time counsel has to meet with Mr. Zavala-Acosta.

2. Objections to the preliminary presentence report are currently due no later than December 20, 2019. And while counsel does have a scheduled meeting with Mr. Zavala-Acosta, counsel is concerned that additional time will be needed.

3. The government has recently conveyed information to counsel for Mr. Zavala-Acosta that may be pertinent to sentencing. In order to properly discuss this information, additional time is required and it will be best to discuss this new information independently from discussing the preliminary presentence report. Counsel is concerned that discussing both items in one setting would cause confusion.

4. Mr. Zavala-Acosta is in custody and the preliminary presentence report suggests a lengthy prison sentence. Thus, a delay in sentencing is warranted to allow sufficient time for counsel and Mr. Zavala-Acosta to discuss both the preliminary presentence report and the other matters recently conveyed by the government.

5. The government has been advised of this request and does not object.

6. Mr. Zavala-Acosta also requests that his deadlines to respond to the preliminary presentence report and in which to file a Sentencing Statement be extended to correspond to a new sentencing date.

7. This request is made in order to ensure that Mr. Zavala-Acosta has sufficient time to prepare for sentencing, to review the preliminary presentence report and make the appropriate

---

1. There are only three rooms available at FDC for client visits. Rooms are available on a first come, first serve basis.

objections, and also to ensure that counsel and Mr. Zavala-Acosta have sufficient time to discuss all aspects of sentencing. And counsel and Mr. Zavala-Acosta need additional time to discuss the new information conveyed by the government.

Dated: December 11, 2019.

Respectfully Submitted,

/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy, Suite 100
Golden, CO 80401
720-613-8783 Phone
303-907-9516 Cellular Phone
millermleonard@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that this Motion was delivered, via the ECF system for the District of Colorado to all parties, on December 11, 2019.

/s/ Miller Leonard