# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-227

UNITED STATES OF AMERICA,
Plaintiff,
v.

LUIS RENE ZAVALA-ACOSTA ,
Defendant.

---

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT

---

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for the above-named Defendant.

DATED at Denver, Colorado this, 9th day of January 2020.

/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy, Suite 100
Golden, CO 80401
720-613-8783 Phone
303-907-9516 Cellular Phone
millermleonard@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this Entry of Appearance was delivered, via the ECF system for the District of Colorado to all parties, this 9th day of January 2020.

/s/ Miller Leonard