IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-227-CMA

UNITED STATES OF AMERICA,
Plaintiff,

v.

4. LUIS RENE ZAVALA-ACOSTA,
Defendant.

___

MOTION TO RESTRICT DOC.

___

COMES NOW, defendant, by and through counsel and hereby requests leave to to file Doc. 137, level 2. This motion is made pursuant to D.C.COLO.LCrR 47.1.

1. There is no practical manner in which to redact the motion.

2. The public has no interest in the details; the government has been provided a copy of the filing via ecf as the restriction requested includes the government as a party entitled to receive a copy of the filing. The Court, the government, as well as the defendant will have access to this filing.

3. The contents of the filing in Doc. 137 are not matters subject to public disclosure as they pertain to information concerning defendant's basis for his objections to certain matters in the presentence report the facts supporting many of the objections which are confidential.  The public, therefore, has no interest in the confidential basis of the

1

information.

WHEREFORE, for the reasons stated in this motion, defendant requests this Court to order Doc. 135 restricted, subject to level 2 access.

DATED at Denver, Colorado, February 12, 2020.

                    Respectfully submitted,

                    */s/ Miller Leonard*
                    Miller Leonard, Esq., #41029
                    14143 Denver West Parkway, Suite 100
                    Golden, CO 80403
                    Ph:(720) 613-8783
                    Cell:   (303) 907-9516
                    Fax:   (720) 613-8782
                    Email:  Millermleonard@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the case.

Miller Leonard