IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-227-CMA

UNITED STATES OF AMERICA,
Plaintiff,

v.

4. LUIS RENE ZAVALA-ACOSTA,
Defendant.

---

MOTION TO RESTRICT DOC. 141

---

COMES NOW, defendant, by and through counsel and hereby requests leave to to file Doc. 141, level 2. This motion is made pursuant to D.C.COLO.LCrR 47.1.

1. There is no practical manner in which to redact the motion.

2. The public has no interest in the details; the government has been provided a copy of the filing via ecf as the restriction requested includes the government as a party entitled to receive a copy of the filing. The Court, the government, as well as the defendant will have access to this filing.

3. The contents of the filing in Doc. 141 are not matters subject to public disclosure as they pertain to information concerning defendant's basis for his objections to certain matters in the presentence report the facts supporting many of the objections which are confidential.  The public, therefore, has no interest in the confidential basis of the

information.

WHEREFORE, for the reasons stated in this motion, defendant requests this Court to order Doc. 141 restricted, subject to level 2 access.

DATED at Denver, Colorado, February 17, 2020.

                Respectfully submitted,

                */s/ Miller Leonard*
                Miller Leonard, Esq., #41029
                14143 Denver West Parkway, Suite 100
                Golden, CO 80403
                Ph:(720) 613-8783
                Cell:   (303) 907-9516
                Fax:   (720) 613-8782
                Email:  Millermleonard@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the case.

Miller Leonard