IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  LUIS RENE ZAVALA-ACOSTA,

    Defendant.

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS AS TO DEFENDANT LUIS RENE ZAVALA-ACOSTA

    The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant LUIS RENE ZAVALA-ACOSTA in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On October 17, 2019, the defendant pled guilty to Count Four of the Indictment (Dkt #84) pursuant to the terms enumerated in a written plea agreement (Dkt #85).  Sentencing is scheduled for March 12, 2020.

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss the remaining counts of the Indictment as to this defendant.  Specifically, the Government moves to dismiss Counts One and Two of the Indictment as to Zavala-Acosta.

3. The Government respectfully requests that the Court grant the Government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of the remaining counts of the Indictment as to defendant LUIS RENE ZAVALA-ACOSTA at the time of sentencing in the above-captioned matter.

Respectfully submitted this 27th day of February, 2020.

        JASON R. DUNN
        United States Attorney

By:   *s/ Andrea Surratt*
        Andrea Surratt
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail:  Andrea.Surratt@usdoj.gov
        Attorney for the Government