IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-227-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. LUIS RENE ZAVALA-ACOSTA,

    Defendant.

## GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)

The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files a motion pursuant to U.S.S.G. § 3E1.1(b) as to defendant LUIS RENE ZAVALA-ACOSTA in the above-captioned matter. As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On October 17, 2019, the defendant pled guilty to Count Four of the Indictment (Dkt #84) pursuant to the terms enumerated in a written plea agreement (Dkt #85). Sentencing is scheduled for March 12, 2020.

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves pursuant to U.S.S.G. § 3E1.1(b) for a one-level reduction in the defendant's offense level because the defendant timely notified the Government of his intent to plead guilty in this matter.

3.      The Government respectfully requests that the Court grant the Government's motion upon sentencing of the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves as described herein as to defendant LUIS RENE ZAVALA-ACOSTA.

Respectfully submitted this 27th day of February, 2020.

JASON R. DUNN
United States Attorney

By:     *s/ Andrea Surratt*
Andrea Surratt
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
e-mail:  Andrea.Surratt@usdoj.gov
Attorney for the Government